UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:11CV-565-H

PAMELA S. BALDWIN                                                                                        PLAINTIFF

V.

GULF SOUTH INVESTMENT VENTURES, LLC, et al.                                DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Pamela S. Baldwin, has moved for summary judgment against two Defendants in this case, Gulf South Investment Ventures, LLC and Reginald Hall. In this motion, Plaintiff seeks summary judgment against these two Defendants on the grounds that each has failed to respond to any discovery request in the case.

These two Defendants have each received service of process on the complaint. Neither has chosen to engage counsel or respond in any manner to discovery requests, or other court order conferences. Moreover, these Defendants have not responded to this motion in any fashion. Under these circumstances, the Court may exercise its judgment whether these Defendants have any further right to defend the claims against them.

The Court concludes that by failing to answer the discovery requests, Defendants have conceded the substantive claims against them and have forfeited the right to interpose any further factual or legal defenses on their own behalf. As a consequence, Plaintiff is entitled to the summary judgment which she requests. It should be noted, however, that the Court's decisions as to these Defendants will not affect any of the other Defendants in the case.

The Court will enter a judgment against each of the Defendants as to the claims of breach of contract and fraudulent misrepresentation. The Court will also enter judgment as to punitive

damages, though in each case the Court will reserve judgment as to the amount of the awards. Moreover, the Court declines to award attorney's fees at this time.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment is SUSTAINED IN PART and Plaintiff is entitled to a judgment as a matter of law against Gulf South Investment Ventures, LLC and Reginald Hall on Plaintiff's claims of breach of contract and fraudulent misrepresentation.

IT IS FURTHER ORDERED that Plaintiff is entitled to judgment as a matter of law against Gulf South Investment Ventures, LLC and Reginald Hall on Plaintiff's claim of punitive damages.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment is DENIED as to her request for attorney's fees at this time.

The amount of any damages as to each of the claims shall be determined at a later time.

This is not a final order.

cc:     Counsel of Record
        Defendants