UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:11CV-565-H

PAMELA S. BALDWIN
n/k/a PAMELA S. STEFFEN                                                    PLAINTIFF

V.

GULF SOUTH INVESTMENT VENTURES, LLC, et al.                  DEFENDANTS

## MEMORANDUM AND ORDER

Defendants, Gulf South and Reginald Hall, have moved to set aside a summary judgment as to liability against them. Their primary argument is that they failed to receive Plaintiff's motion for summary judgment until five days before a response was due.

The Court's prior Memorandum was primarily based upon Defendants' failure to respond to the discovery requests. Defendants give no excuse for that failure. Moreover, *Pro Se* parties have an obligation to keep others advised of their latest proper address. Defendants failed to do so. The Court finds no grounds for reconsidering its prior order.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendants' motion for reconsideration is DENIED.

cc:     Defendants, *Pro Se*
        Counsel of Record